David L. Emerzian, # 222930  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendants
WENDY'S OF FRESNO, INC., THE DESMOND
FAMILY REAL ESTATE LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| RONALD MOORE, | Case No. 1:13-cv-00605-LJO |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO THE COMPLAINT; ORDER THEREON** |
| v. | |
| WENDY'S OF FRESNO, INC., THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel, that subject to Court approval, Defendants WENDY'S OF FRESNO, INC., and THE DESMOND FAMILY REAL ESTATE LIMITED PARTNERSHIP shall have a 37 day extension of time from today, June 13, 2013, to and including July 19, 2013, to respond to Plaintiff RONALD MOORE's Complaint.

The Parties are engaging in meaningful settlement discussions and wish to have the opportunity to explore a resolution without incurring the fees necessary to respond to the complaint, or in unnecessarily using court resources. This extension does not alter or affect any date or event already set by Court order.

This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the

2570433.1

same Stipulation.

Dated: June 13, 2013                    McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP


                                        By: _____
                                            David L. Emerzian
                                            Attorneys for Defendants
                                            WENDY'S OF FRESNO, INC., THE
                                            DESMOND FAMILY REAL ESTATE
                                            LIMITED PARTNERSHIP

Dated: June 13, 2013                    MOORE LAW FIRM, P.C.


                                        By: _____
                                            Tanya E. Moore
                                            Attorneys for Plaintiff
                                            RONALD MOORE

**ORDER**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendants Wendy's of Fresno, Inc., and the Desmond Family Real Estate Limited Partnership, shall have an extension of time to and including July 19, 2013, to respond to Plaintiff Ronald Moore's Complaint.

IT IS SO ORDERED.

Dated:   **June 14, 2013**                 /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501